## ORDER

This is a contract dispute between West Warwick's school committee and Lawrence G. O'Connor, a former superintendent of the town's schools. On February 7, 1980, the former superintendent, through his counsel, appeared before us in response to our order that he show cause why his appeal from a Superior Court judgment in favor of the committee should not be dismissed because of his failure to pursue the administrative remedies prescribed in *Slattery v. School Committee*, 116 R.I. 252, 354 A.2d 741 (1976). After consideration of the arguments presented, it is our belief that cause has been shown. Accordingly, it is hereby ordered that this appeal be restored to the regular calendar.

BEVILACQUA, C. J., and DORIS, J., did not participate.

## Virginia A. BRIERLY

v.

## Raymond F. BRIERLY, Jr.

### No. 78–151–A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Carolyn Roundey, Rhode Island Legal Services, Inc., for petitioner.

Raymond F. Brierly, Jr., pro se.

## ORDER

The motion of petitioner Virginia A. Brierly to dismiss this appeal is denied.

DORIS, J., did not participate.

## Virginia A. BRIERLY

v.

## Raymond F. BRIERLY, Jr.

### No. 79–483–A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Carolyn Roundey, Rhode Island Legal Services, Inc., for petitioner.

Alfred Factor, Providence, for respondent.

## ORDER

The respondent's motion for extension of the time within which to file his brief to March 13, 1980 is granted. This case is consolidated for briefing and argument with *Virginia A. Brierly v. Raymond F. Brierly, Jr.*, No. 78–151–A.

DORIS, J., did not participate.

## Augustine BRIMBAU

v.

## AUSDALE EQUIPMENT RENTAL CORPORATION.

### No. 79–401–A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Raymond A. LaFazia, Joseph A. Kelly, Providence, for plaintiff.

Higgins, Cavanagh & Cooney, Kenneth P. Borden, Providence, for defendant.